UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

MAUREEN MCPADDEN,

        Plaintiff,

v.

WALMART STORES, INC., AND
JENN FONSECA,

        Defendants.

Civil Action No. 1:14-cv-00475

# DISCLOSURE STATEMENT
# LOCAL RULE 7.1.1

[This form is to be completed and filed only by parties that are nongovernmental corporations, partnerships, or limited liability companies. Check the appropriate box(es).]

\_\_\_    The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

\_\_\_    The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

\_\_\_    The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

\_\_\_    The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

X    The filing party has none of the above.

        Respectfully submitted,

        /s/ Christopher B. Kaczmarek
        Christopher B. Kaczmarek (No. 17890)
        **LITTLER MENDELSON, P.C.**
        One International Place
        Suite 2700
        Boston, MA 02110
        Phone 617.378.6000
        Fax 617.737.0052
        ckaczmarek@littler.com
        Attorneys for Defendants

October 24, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2014, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants, as well as via first class mail upon the attorney of record for plaintiff:

Richard E. Fradette
Beliveau, Fradette, Doyle & Gallant, PA
91 Bay Street
PO Box 3150
Manchester, NH  03105

/s/ Christopher B. Kaczmarek
Christopher B. Kaczmarek

Firmwide:129692282.2 080000.1051