UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Maureen McPadden,
    Plaintiff

v.                                          Case No. 14-cv-475-SM

Wal-Mart Stores East, L.P.,
    Defendant

**JURY VERDICT FORM**

**Claim One - Gender Discrimination**

1. As to Ms. McPadden's claim that Walmart unlawfully discriminated against her on the basis of gender in violation of Title VII of the Civil Rights Act, we, the jury, find in favor of:

    ✓    The Plaintiff, Maureen McPadden

    ___  The Defendant, Walmart Stores East

**Claim Two - N.H. Law Against Discrimination**

2. As to Ms. McPadden's claim that Walmart unlawfully discriminated against her on the basis of gender in violation of New Hampshire's Law Against Discrimination, we, the jury, find in favor of:

    ✓    The Plaintiff, Maureen McPadden

    ___  The Defendant, Walmart Stores East

**Claim Three - Retaliation Claims**

3. As to Ms. McPadden's claim that Walmart unlawfully retaliated against her on the basis of:

a. her having requested and taken FMLA leave, and indicating that she might need leave in the future, we, the jury, find in favor of:

 ___ The Plaintiff, Maureen McPadden

 ✓ The Defendant, Walmart Stores East

and/or

b. her having reported alleged violations of HIPAA and/or safety rules relating to pharmacies under New Hampshire's Whistleblower Protection Act, we, the jury, find in favor of:

 ✓ The Plaintiff, Maureen McPadden

 ___ The Defendant, Walmart Stores East

**Claim Four - Wrongful Termination**

4. As to Ms. McPadden's claim that Walmart wrongfully terminated her employment, in violation of New Hampshire law, we, the jury, find in favor of:

 ✓ The Plaintiff, Maureen McPadden

 ___ The Defendant, Walmart Stores East

2

## DAMAGES

If you found in favor of Ms. McPadden on one or more of her claims against Walmart, please proceed to question 5.

If you found in favor of Walmart on <u>all</u> of plaintiff's claims, your deliberations are complete. Please leave questions 5 through 10 blank and have the Jury Foreperson sign and date this verdict form.

<u>Back Pay</u> - Title VII Claim (Federal Gender Discrimination); FMLA Retaliation Claim; New Hampshire Law Against Discrimination (State Gender Discrimination) Claim; Wrongful Termination Claim; Whistleblower Protection Act Claim.

5. Having found in favor of Ms. McPadden as to one or more of her claims against Walmart described above, we, the jury, find that Ms. McPadden suffered lost wages as a result of the Walmart's unlawful termination of her employment, and award her the following sum in back pay.

    $ _164,093.00_

    _one hundred sixty four thousand_ Dollars
    _and ninety three_

    Please write the amount using both numbers and words, as if you were writing out a check.

**Front Pay - Title VII Claim (Federal Gender Discrimination); New Hampshire Law Against Discrimination (State Gender Discrimination) Claim; Wrongful Termination Claim; Whistleblower Protection Act Claim.**

6.  Having found in favor of Ms. McPadden as to one or more of her claims against Walmart described above, we, the jury, find that Ms. McPadden suffered lost wages as a result of the Walmart's termination of her employment, and award her the following sum in front pay.

$ _558,392.87_

_five hundred fifty eight thousand three hundred ~~Dollars~~ ninety two and dollars 87/100 cents_

**Compensatory Damages - Title VII Claim (Federal Gender Discrimination); New Hampshire Law Against Discrimination (State Gender Discrimination) Claim; Wrongful Termination Claim.**

7.  Having found in favor of Ms. McPadden as to one or more of her claims against Walmart described above, we, the jury, award her the following sum as compensatory damages.

$ _500,000.00_

_five hundred thousand_ Dollars

**Liquidated Damages - FMLA Claim**

If you found in favor of Ms. McPadden on her FMLA retaliation claim (question number 3a), please proceed to question 8.

If you found in favor of Walmart on plaintiff's FMLA retaliation claim, please leave question 8 blank and move on to question 9.

8. Having found in favor of Ms. McPadden on her FMLA retaliation claim, we, the jury, award her the following sum (if any) as Liquidated Damages.

    $ _____

    _____ Dollars

**Punitive Damages - Title VII Claim (Federal Gender Discrimination)**

If you found in favor of Ms. McPadden on her gender discrimination claim under Title VII (question number 1), please proceed to question 9.

If you found in favor of Walmart on plaintiff's Title VII claim, please leave question 9 blank and move on to question 10.

9. Having found in favor of Ms. McPadden as to her Title VII claim, we, the jury, award her the following sum (if any) as Punitive Damages.

    $ _15,000,000.00_

    _Fifteen million_ Dollars

5

**Enhanced Compensatory Damages - New Hampshire Law Against Discrimination (State Gender Discrimination) Claim**

If you found in favor of Ms. McPadden on her state gender discrimination claim under New Hampshire's Law Against Discrimination (question number 2), please proceed to question 10.

If you found in favor of Walmart as to plaintiff's state gender discrimination claim, please leave question 10 blank.

10. Having found in favor of Ms. McPadden as to her state gender discrimination claim under New Hampshire's Law Against Discrimination, we, the jury, award her the following sum (if any) as Enhanced Compensatory damages.

$ _15,000,000_
_Fifteen million_ Dollars

Once you have completed this verdict form, your deliberations are complete. Please have the Jury Foreperson sign and date it. Then, notify the Court Security Officer that you have reached a verdict.

_____
Jury Foreperson

Date: _January 27, 2016_

6