# BILLING ENTRIES REGARDING DR. HOWE

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/2013 | VLR | Preparation of correspondence to Dr. Howe requesting records. | 0.20 | $ 10.00 |
| 12/20/2013 | REF | Dictate letter to Dr. Howe requesting records; Review file; Docket for follow up. | 0.10 | $ 29.50 |
| 5/7/2015 | HAS | Legal research regarding litigant's change in position = pretext; Legal research regarding litigant objecting to the production of certain evidence during discovery cannot later use the evidence to support his/her/its position; Draft of what is needed in Affidavit of Dr. Howe to show substantial limitation. | 2.90 | $ 507.50 |
| 5/12/2015 | HAS | Legal research regarding reviewing, summarizing and distinguishing the case law cited in defendant's Motion for Summary Judgment; Dictate memo regarding statutory vs. common law claims and preclusion of common law claims; Edit of Dr. Howe Affidavit. | 5.20 | $ 910.00 |
| 5/12/2015 | VLR | Preparation of correspondence to Dr. Howe; Preparation of Affidavit of Dr. Howe. | 1.00 | $ 50.00 |
| 5/12/2015 | REF | Dictate letter to Dr. Howe; Review causes of action; Review and contrast McPadden deposition index; Docket for follow up. | 2.40 | $ 708.00 |
| 9/21/2015 | VLR | Preparation of correspondence to Dr. Howe; Preparation of Trial Subpoena; Preparation of correspondence to Atty. Kaczmarek; Preparation of Supplemental Answers to Interrogatories and Requests for Production of Documents; Preparation of correspondence to Atty. Kaczmarek regarding Tiffany Ghent and Vickie Costa. | 2.00 | $ 100.00 |
| 9/21/2015 | REF | Dictate letter to Dr. Howe; Review and execute trial subpoenas; Telephone conference with process server; Meeting with process server; Dictate supplemental answers and documents; Dictate letter to Att. Kaczmarek regarding witnesses Ghent and Costa. | 4.50 | $ 1,327.50 |
| 9/24/2015 | LSI | Work on McCaffrey, Slater, and Howe examinations. | 2.00 | $ 570.00 |
| 9/25/2015 | LSI | Review of medical records; drafting Dr. Howe examination. | 2.70 | $ 769.50 |
| 9/25/2015 | LSI | Discussion of David Kelly and Dr. Howe and Moore report | 0.30 | $ 85.50 |
| 12/7/2015 | LSI | Scheduling depositions and review of Howe information. | 0.30 | $ 85.50 |

**Exhibit A**

# BILLING ENTRIES REGARDING DR. HOWE

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/2015 | LSI | Preparation for Howe meeting and depo. | 0.50 | $ 142.50 |
| 12/11/2015 | LSI | Review Howe documents | 0.40 | $ 114.00 |
| 12/15/2015 | LSI | Scheduling depo and meeting with Howe | 0.20 | $ 57.00 |
| 12/15/2015 | LSI | Work on Howe direct | 0.70 | $ 199.50 |
| 12/16/2015 | LSI | Review and revise timeline; memo to Atty Rick Fradette re: timeline and Certo depo; tel from tel to Atty Rick Fradette re: Howe and Certo deposition prep. | 0.60 | $ 171.00 |
| 12/17/2015 | REF | Travel to Exeter to meet with Dr. Howe prior to his deposition. | 2.00 | $ 590.00 |
| 12/17/2015 | LSI | Work on opening; meeting with Dr. Howe | 2.90 | $ 826.50 |
| 12/28/2015 | REF | Prepare direct examination of Dr. Howe; Review medical records; Review with Atty. Irwin. | 2.00 | $ 590.00 |
| 1/6/2016 | VLR | Preparation of Plaintiff's Trial Witnesses; Preparation of correspondence and Trial Subpoenas for Dorothea Wortley, Linda Meditz, Dr. Moore and Dr. Howe. | 1.00 | $ 50.00 |
| 1/6/2016 | REF | Review medical records in preparation for deposition of Dr. Howe; Review direct examination of Dr. Howe; Telephone conference with Atty Irwin; Calendar for follow up. | 2.00 | $ 590.00 |
| 1/7/2016 | REF | Prepare for and travel to the deposition of Dr. Howe at the Exeter Hospital. | 3.70 | $ 1,091.50 |
| 1/7/2016 | LSI | Howe depo. | 3.00 | $ 870.00 |
| 1/7/2016 | LSI | Howe examination | 1.20 | $ 348.00 |
| 1/8/2016 | HAS | Draft of charts- decision makers, policies cited for termination, reasons for termination. Review of Dr. Howe's direct examination. | 4.50 | $ 832.50 |
| 1/8/2016 | LSI | Memo from Atty Rick Fradette re: Howe and McDevitt exams | 0.20 | $ 58.00 |
| 1/14/2016 | LSI | Preparation for Dr. Howe | 0.50 | $ 145.00 |
| 1/19/2016 | HAS | Legal research for Motions in Limine; Draft objections to Wal-Mart's Motions in Limine; legal research on Dr. Howe's testimony; assist Atty. Fradette with opening argument. | 5.00 | $ 925.00 |
| 1/19/2016 | HAS | Continue legal research for Motions in Limine; Draft objections to Wal-Mart's Motion in Limine; legal research on Dr. Howe's testimony; assist Atty. Fradette with opening argument. | 5.00 | $ 925.00 |
| | | | **59.00** | $ 13,678.50 |

**Exhibit A**