# MEANINGLESS BILLING ENTRIES

| Date | | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/17/2012 | REF | Docket for follow up | Dictate letter to Ms. McPadden following up on our meeting; Telephone conference with Pharmacist McPadden regarding exit interview; Docket for follow up. | 0.80 | $ 236.00 |
| 12/18/2012 | REF | Docket | Dictate letter to Wal-Mart stores enclosing authorization to release personnel records and notice to preserve electronic data; Follow up call with Ms. McPadden; Docket. | 0.60 | $ 177.00 |
| 1/16/2013 | REF | Docket for follow up | Office conference with Ms. McPadden to review status of case; Review notes and secure authorization to make calls; Status as new hire; Docket for follow up. | 1.70 | $ 501.50 |
| 2/4/2013 | REF | Docket; Work on file | Review personnel file produced by Wal-Mart; Review e-mails; Telephone conference with Sean; Work on file; Docket. | 2.50 | $ 737.50 |
| 3/4/2013 | REF | Docket for follow up | Office conference with Ms. McPadden; Review of issues regarding her employment at Wal-Mart and sudden termination; Research issue of safety in the workplace and whether Maureen has a cause of action based on public policy grounds; Docket for follow up. | 3.30 | $ 973.50 |
| 4/17/2013 | REF | Work on file | Review and revise HRC Complaint; Prepare for meeting with Ms. McPadden; Review of personnel files and all document sin file; Work on file. | 3.50 | $ 1,032.50 |
| 5/14/2013 | REF | Docket for follow up | Dictate letter to Ms. McPadden enclosing HRC letters; Review status of file; Docket for follow up. | 0.20 | $ 59.00 |
| 6/19/2013 | REF | Review file; Docket for follow up | Review file and assign to Atty. Gallagher for follow up; Explain theory of case and direction; Docket for follow up. | 0.40 | $ 118.00 |
| 7/23/2013 | REF | Docket for follow up | Review Wal-Mart's Position Statement; Review Rebuttal prepared ;by Att. Gallagher and give instructions and guidance; Docket for follow up | 1.50 | $ 442.50 |
| 8/8/2013 | REF | Work on file | Work on file; Begin identifying witnesses; Review of materials supplied by Ms. McPadden; Review online policies from Wal-Mart. | 2.00 | $ 590.00 |
| 8/14/2013 | REF | Review file contents; Docket for follow up | Review work product of Atty. Gallagher in first draft; Review file contents; Identify witnesses; Significant revisions done to pleadings; Docket for follow up. | 1.80 | $ 531.00 |

**<u>Exhibit B</u>**

# MEANINGLESS BILLING ENTRIES

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/19/2013 | REF | Docket | Review witness list prepared by Atty. Gallagher; Review correspondence; Docket | 0.80 | $ 236.00 |
| 8/20/2013 | REF | Docket for follow up | Meeting with Atty. Gallagher regarding status of case; Review witness list and expected testimony; Docket for follow up | 0.50 | $ 147.50 |
| 8/26/2013 | REF | Docket for follow up | Review and revise complaint; Meeting with Atty. Gallagher; Docket for follow up | 0.50 | $ 147.50 |
| 8/30/2013 | REF | Docket | Review and revise Interrogatories; RFAs and RFPs; Dictate letter to Ms. Juliano; Docket. | 0.80 | $ 236.00 |
| 11/22/2013 | REF | Docket for follow up | Dictate letter to Ms. McPadden regarding Wal-Mart's supplement [sic] response to interrogatories; Review supplemental responses; Dictate letter to Ms. McPadden requesting medical authorizations; Docket for follow up | 1.90 | $ 560.50 |
| 12/17/2013 | REF | Docket for follow up | Review of file and dictate letter to client requesting authorizations; Docket for follow up | 0.40 | $ 118.00 |
| 12/20/2013 | REF | Review file; Docket for follow up | Dictate letter to Dr. Howe requesting records; Review file; Docket for follow up | 0.10 | $ 29.50 |
| 6/9/2014 | REF | Review file | Dictate letter to Ms. Juliano requesting update; Review file. | 0.20 | $ 59.00 |
| 7/11/2014 | REF | Docket | Email and call Ms. McPadden; Review; Docket | 0.40 | $ 118.00 |
| 8/13/2014 | REF | Calendar for follow up; Docket | Office conference with Ms. McPadden; Dictate letter to Investigator Miller; Calendar for follow up; Revisions to Complaint; Docket | 2.00 | $ 590.00 |
| 8/14/2014 | REF | Docket | Dictate demand letter to Atty. Kaczmarek; Telephone conference with Atty. Kaczmarek; Docket | 1.70 | $ 501.50 |
| 8/22/2014 | REF | Work on file | Work on file in preparation for removal. | 2.80 | $ 826.00 |
| 9/18/2014 | REF | Docket | Dictate letter to sheriff enclosing Complaint for services; Telephone conference with Ms. McPadden; Docket | 0.20 | $ 59.00 |
| 10/2/2014 | REF | Docket for follow up | Dictate letter to court with return of service; Review status and telephone conference with Atty. Kaczmarek; Docket for follow up. | 0.30 | $ 88.50 |
| 10/7/2014 | REF | Work on file; Docket | Dictate letter to HRC requesting file; Work on file; Docket. | 0.80 | $ 236.00 |
| 11/13/2014 | REF | Work on file | Review pleadings filed by defendant removing case to Federal Court; Research local rules and issues regarding need to answer; Telephone call with Ms. McPadden; Work on emails; Work on file. | 3.70 | $ 1,091.50 |

| Date | | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2014 | REF | Docket for follow up | Dictate letter to Ms. McPadden enclosing Walmart's answer to the complaint entered in Federal Court; Review answer; Docket for follow up | 0.60 | $ 177.00 |
| 12/17/2014 | REF | Docket for follow up | Dictate letter to Atty. Kaczmarek updating demand in the case; Review file documents and correspondence; Docket for follow up. | 0.80 | $ 236.00 |
| 12/19/2014 | REF | Docket for follow up | Dictate letter to client enclosing discovery requests; Review discovery requests; Docket for follow up. | 0.70 | $ 206.50 |
| 1/8/2015 | REF | Work on file | Dictate letter to Ms. McPadden enclosing hearing notice; Work on file | 0.40 | $ 118.00 |
| 1/13/2015 | REF | Work on file; Docket for follow up | Office conference with Ms. McPadden; Review status of case and likely next steps in the process; Work on file; Docket for follow up | 1.20 | $ 354.00 |
| 1/21/2015 | REF | Calendar | Research and revise Amended Complaint; Substantial revisions; Calendar. | 4.00 | $ 1,180.00 |
| 1/23/2015 | REF | Work on file | Telephone conference with opposing counsel; Review Notice of Deposition; Dictate letter to Ms. McPadden; Work on file. | 0.90 | $ 265.50 |
| 1/27/2015 | REF | Work on file | Review and revise discovery requests; Research elements necessary to defeat summary judgment; Work on file | 8.00 | $ 2,360.00 |
| 1/30/2015 | REF | Continue working on file | Dictate letter to Atty. Kaczmarek; Dictate Mandatory Disclosures; Continue working on file. | 3.00 | $ 885.00 |
| 2/5/2015 | REF | Work on file | Several telephone calls and e-mails with Atty. Kaczmarek; Dictate letter to Atty. Kaczmarek with Notices of Deposition; Review notes with Ms. McPadden and decide which witnesses are most important and who to do first; Work on file. | 1.90 | $ 560.50 |
| 2/27/2015 | REF | Docket for follow up | Work on file regarding the "Workload Committee" that Maureen was invited to join; Telephone conference with Peg Clifford; Review file notes; Dictate letter to Jay Queenan requesting the Workload Committee minutes and documents in the file; Docket for follow up | 2.50 | $ 737.50 |
| 3/2/2015 | REF | Work on file | Work on file; Begin outlining questions for deposition; Begin outline of witness preparation for meeting on March 4; Research | 3.90 | $ 1,150.50 |

**Exhibit B**

| Date | | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/9/2015 | REF | Docket | Office conference with Ms. McPadden; Continue client review of records, notes and correspondence; Continue preparation of client for deposition tomorrow; Docket. | 2.40 | $ 708.00 |
| 3/13/2015 | REF | Docket for follow up | Review notes taken during deposition of all witnesses; Review admissibility of statements made by Jenn Fonseca and overheard by Deb Genna; Several e-mails and text messages with Ms. McPadden; Dictate letter to Atty. Kaczmarek requesting additional discovery; Review proposed Protective Order and make revisions and forward to Atty. Kaczmarek; Docket for follow up upon return from vacation. | 3.20 | $ 944.00 |
| 3/27/2015 | REF | Calendar | Dictate letter to Atty. Kaczmarek with supplemental information on Interrogatory No. 1, Additional Witnesses; Dictate letter to Atty. Kaczmarek with second set of RFPs following deposition; Review file and notes taken during depositions; Calendar. | 1.70 | $ 501.50 |
| 3/27/2015 | REF | Docket for follow up | Frame the issue regarding hearsay evidence and admissibility of the statement regarding use of Lorazepam and probably nervous breakdown; Meeting with Atty. Stevens to assist her in her research; Docket for follow up. | 0.70 | $ 206.50 |
| 4/6/2015 | REF | Work on file; Docket | Work on file with particular attention to protective order; Telephone conference with Atty. Kaczmarek; Docket. | 0.80 | $ 236.00 |
| 4/7/2015 | REF | Continue work on file | Continue work on file; Research protective order; Review sample protective orders; Prepare for hearing. | 3.00 | $ 885.00 |
| 4/14/2015 | REF | Work on file | Work on file indexing hundreds of pages of discovery. | 4.00 | $ 1,180.00 |
| 4/22/2015 | REF | Docket for follow up | Telephone conversation with Atty. Julie Moore; Dictate letter to Atty. Moore regarding protective order; Review protective order; Dictate letters to Dr. Moore and Ms. Horn with protective order acknowledgement to be signed and returned; Docket for follow up. | 1.70 | $ 501.50 |
| 4/23/2015 | REF | Work on file | Office conference with client to review status of case and all discovery; Meeting in anticipation of summary judgment; Work on file. | 2.40 | $ 708.00 |

**Exhibit B**

| Date | | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/27/2015 | REF | Work on file | Work on file; Review patient safety issue and internet research on errors in workplace. | 3.00 | $ 885.00 |
| 4/29/2015 | REF | Work on file | Dictate letter to Donna Horn enclosing disc with discovery materials; Negotiate retainer agreements; Conference with Ms. McPadden; Work on file. | 1.80 | $ 531.00 |
| 5/1/2015 | REF | Docket to begin indexing depositions | Review defendant's Motion for Summary Judgment; Review defendant's Statement of Material Facts and verify citations in the record; Begin researching cases cited by defendant in support of its Motion for Summary Judgment; Assign research to Atty. Stevens; Docket to begin indexing depositions. | 3.90 | $ 1,150.50 |
| 5/8/2015 | REF | Work on file | Dictate letter to Atty. Kaczmarek requesting production of e-mails and cancelling the deposition of Ms. McCaffrey; Telephone conference with Atty. Kaczmarek; Work on file. | 2.90 | $ 855.50 |
| 5/12/2015 | REF | Docket for follow up | Dictate letter to Dr. Howe; Review causes of action; Review and contrast McPadden deposition index; Docket for follow up. | 2.40 | $ 708.00 |
| 5/14/2015 | REF | Docket | Dictate letter to Dr. Moore with additional information; Work on damages; Review earnings history and new earnings; Docket. | 2.00 | $ 590.00 |
| 5/18/2015 | REF | Docket for follow up | Office conference with Ms. McPadden; Continue working on Objection to Motion for Summary Judgment; Docket for follow up. | 4.00 | $ 1,180.00 |
| 5/18/2015 | REF | Docket | Dictate letter to Att. Kaczmarek with deposition errata sheet; Review corrections made by client; Docket. | 1.80 | $ 531.00 |
| 5/18/2015 | REF | Docket for follow up | Continue with office conference with Ms. McPadden; Continue working on Objection to Motion for Summary Judgment; Docket for follow up. | 4.00 | $ 1,180.00 |
| 6/3/2015 | REF | Work on file | Dictate letter to Atty. Kaczmarek; Dictate Notice of Deposition and Subpoena for Certo; Work on file. | 0.80 | $ 236.00 |
| 6/9/2015 | REF | Docket for follow up | Telephone call with Ms. McPadden to review the following: Objection and Plaintiff's Statement of Material Facts; Issues to be covered in Certo's deposition; Dr. Moore's report; Docket for follow up. | 1.70 | $ 501.50 |

**<u>Exhibit B</u>**

**MEANINGLESS BILLING ENTRIES**

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/23/2015 | REF | Docket | Dictate letter to Atty. Kaczmarek enclosing client's medical records from Core Physician; Begin preparing for Certo's deposition; Docket | 1.70 | $ 501.50 |
| 6/26/2015 | REF | Docket for follow up | Dictate letter to Atty. Kaczmarek enclosing Dr. Moore's updated economic report; Telephone conversation with Dr. Moore and with Maureen McPadden; Docket for follow up. | 1.50 | $ 442.50 |
| 6/30/2015 | REF | Work on file | Telephone conversation with Atty. Kaczmarek regarding outstanding issues in case, including expert disclosure and production of documents; Telephone conversation with Pharmacist Horn; Dictate supplemental expert disclosure; Work on file. | 2.00 | $ 590.00 |
| 7/2/2015 | REF | Work on file | Research issue regarding lost pharmacy keys; Internet research regarding security and pharmacies; Review articles from different colleges of pharmacy and professional associations regarding key control; Work on file. | 2.90 | $ 855.50 |
| 7/7/2015 | REF | Docket for follow up | Continue research on Surreply with particular focus on Pharmacist Tau; Review e-mails and attachments; Dictate and finalize Surreply to Motion for Summary Judgment; Docket for follow up | 4.00 | $ 1,180.00 |
| 7/9/2015 | REF | Docket for follow up | Dictate letter to Atty. Kaczmarek regarding Rule 30(b)(6) deposition; Dictate Motion to Compel; Docket for follow up. | 1.30 | $ 383.50 |
| 7/14/2015 | REF | Docket for follow up | Research and dictate Motion to Compel Answers to Interrogatories; Telephone conference with opposing counsel; Several emails; Docket for follow up. | 3.70 | $ 1,091.50 |
| 7/17/2015 | REF | Docket | Prepare for deposition of Jesse Slater; Deposition cancelled due to witness illness; Docket. | 3.00 | $ 885.00 |
| 8/3/2015 | REF | Work on file | Research witnesses and review timeline; Particular focus on technicians; Telephone conference with Ms. McPadden; Work on file. | 1.70 | $ 501.50 |
| 8/4/2015 | REF | Work on file | Office conference with Ms. McPadden; Review file and notes in preparation for telephone conference with Chris Kaczmarek tomorrow; Continue index of documents produced by Wal-Mart; Work on file. | 3.00 | $ 1,125.00 |

**Exhibit B**

| Date | | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/13/2015 | REF | Work on file | Dictate letter to Donna Horn enclosing documentation relating to pharmacy keys and pharmacy prescription accuracy rate; Review discovery documents regarding accuracy rate; Telephone conference with Ms. Horn to try and understand what this data is revealing; Work on file. | 2.80 | $ 826.00 |
| 8/15/2015 | REF | Docket | Telephone conference with Dave Kelly; Dictate memo to file regarding telephone conference; Review documents that will assist in examining witnesses; Docket. | 1.90 | $ 560.50 |
| 8/21/2015 | REF | Docket for follow up | Follow up telephone conference with Dave Kelly, R.Ph.; Isolate specific information and review same with Mr. Kelly; Dictate letter to Mr. Kelly; Docket for follow up. | 1.70 | $ 501.50 |
| 8/25/2015 | REF | Docket | Review of medical records; Dictate letter to Atty. Kaczmarek enclosing medical records recently produced by Ms. McPadden; Dictate letter to Dr. Moore with a statement from CVS and current income benefits information; Dictate letter to Atty. Kaczmarek regarding privilege log and the pharmacy compliance checklist; Telephone conference with Dr. Moore; E-mail with Atty. Kaczmarek; Docket. | 2.50 | $ 737.50 |
| 9/9/2015 | REF | Calendar to review further | Dictate letter to Atty. Kaczmarek with final pretrial exhibit list; Several revisions; Calendar to further review. | 1.50 | $ 442.50 |
| 9/9/2015 | REF | Docket for follow up | Dictate first draft of Motion in Limine No. 5; Research; Docket for follow up. | 3.00 | $ 885.00 |
| 9/16/2015 | REF | Work on file | Dictate letter to Atty. Kaczmarek with trial subpoenas for witnesses; Research federal rules regarding trial subpoenas; Supplement Rule 26 Disclosure and discovery responses; Work on file. | 2.60 | $ 767.00 |
| 9/17/2015 | REF | Continue working on file; Docket | Dictate letter to Atty. Kaczmarek supplementing discovery responses; Telephone conference with co-counsel; Continue working on file; Dictate and arrange for service of trial subpoenas on Carroll, Genna, Riel, Slater, Tau and Wortley; Docket. | 4.00 | $ 1,180.00 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/18/2015 | REF | Docket for follow up | Review jury instructions, MILs and other work prepared by Atty. Stevens; Review and revise; Docket for follow up. | 3.00 | $ 885.00 |
| 9/22/2015 | REF | Work on file | Review and revise MIL Nos. 1, 2 and 3; Dictate documents that are going to be used as blow ups; Work on file. | 2.40 | $ 708.00 |
| 9/22/2015 | REF | Docket | Review and revise MIL Nos. 5, 6 and 7; Continue research on undisclosed witnesses; Office conference with Atty. Stevens and Atty. Irwin regarding MIL Objections; Divide workload; Docket. | 1.90 | $ 560.50 |
| 9/29/2015 | REF | Docket | Continue working on objections to MILs and Jury Instructions; Review and revise drafts prepared by Atty. Stevens; Telephone conference with Atty. Irwin; Continue working on plaintiff's exhibit list; Docket. | 4.00 | $ 1,180.00 |
| 9/30/2015 | REF | Docket | Dictate letter to Nason Investigation for service of trial subpoenas on Pam DeChellis and Heather Lake; Several efforts to reach Heather Lake; Docket. | 2.00 | $ 590.00 |
| 10/1/2015 | REF | Docket for follow up | Travel to Connelly Reporting and take the live deposition of Andy Tau; Following the deposition, view the videotape of the deposition which was delivered that afternoon; Review with Atty. Irwin; Review with Atty. Stevens; Review coaching history exhibit; Docket for follow up. | 3.80 | $ 1,121.00 |
| 10/6/2015 | REV | Docket for follow up | Dictate letter to witnesses who had been subpoenaed requesting the return of the subpoena and check; Several telephone calls to witnesses to explain circumstances; Docket for follow up. | 2.50 | $ 737.50 |
| 10/8/2015 | REF | Docket for follow up | Dictate letters to witnesses advising of new trial date; Several e-mails and telephone calls regarding new trial date; Docket for follow up. | 0.90 | $ 265.50 |
| 10/11/2015 | REF | Docket for follow up | Review exhibits in preparation for deposition of Tiffany Ghent; Several e-mails and text messages; Docket for follow up tomorrow. | 1.80 | $ 531.00 |
| 10/13/2015 | REF | Docket for follow up | Several e-mails with Atty. Kaczmarek regarding deposition of Kulwicki; Dictate Motion for Order Allowing Deposition; Docket for follow up. | 1.50 | $ 442.50 |

# MEANINGLESS BILLING ENTRIES

| Date | | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/3/2015 | REF | Docket | Review discovery materials regarding S3G; Review discovery materials regarding prescription dispensing accuracy reports; Prepare for a telephone conference with expert Donna Horn; Docket. | 2.80 | $ 826.00 |
| 11/4/2015 | REF | Docket for follow up | Telephone conference with expert Donna Horn; Telephone Conference with client; Docket for follow up. | 0.80 | $ 236.00 |
| 11/12/2015 | REF | Work on file | Review notes from trial deposition of McCaffrey; Review video of trial deposition of McCaffrey; Several e-mails; Work on file. | 3.50 | $ 1,032.50 |
| 11/20/2015 | REF | Docket for follow up | Telephone conference call with Maureen and Atty. Irwin to update status of Motion for Reconsideration and discuss Atty. Kaczmarek's letter regarding demand and settlement and mediation; Follow up conference with Atty. Irwin; Several emails; Docket for follow up. | 1.30 | $ 383.50 |
| 11/20/2015 | REF | Docket | Finalize Barbara Kulwicki exhibits; Dictate letter forwarding exhibits; Docket. | 0.70 | $ 206.50 |
| 11/23/2015 | REF | Docket for follow up | Telephone conference with Donna Horn regarding her expert report; Provide Ms. Horn with information requested; Docket for follow up. | 1.50 | $ 442.50 |
| 12/1/2015 | REF | Docket for follow up | Telephone conference with Dona Horn, safety expert, regarding expert report; Dictate letter to Atty. Kaczmarek; Telephone conference with Atty. Kaczmarek; Docket for follow up. | 0.80 | $ 236.00 |
| 12/11/2015 | REF | Docket | Dictate letter to Nason Investigations regarding trial subpoenas; Follow up telephone call; Docket. | 0.80 | $ 236.00 |
| 12/15/2015 | REF | Calendar for follow up | Dictate letter to Ms. Alicia Bailey regarding trial testimony; Follow up telephone call to reach her directly; Review and execute trial subpoenas; Calendar for follow up. | 1.30 | $ 383.50 |
| 12/16/2015 | REF | Calendar | Telephone conference call with Donna Horn; Review her report; Prepare for deposition; Calendar. | 1.00 | $ 295.00 |
| 12/16/2015 | REF | Docket for follow up | Office conference with Ms. McPadden and review her direct examination; Several revisions were made; Docket for follow up. | 2.00 | $ 590.00 |

**Exhibit B**

**MEANINGLESS BILLING ENTRIES**

| Date | | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/22/2015 | REF | Calendar for follow up | Continue working on trial exhibits to be blown up and used during examination of witnesses; Review index of discovery produced by WM; Review and eliminate S3G; Calendar for follow up. | 3.00 | $ 885.00 |
| 1/4/2016 | REF | Docket | Organize trial outline chart; Dictate exhibit list; Dictate witness list; Review deposition transcripts in order to determine witness lineup; Docket. | 3.00 | $ 885.00 |
| 1/5/2016 | REF | Work on file | Review jury instructions; Review and revise Motions in Limine; Research objections to Motion in Limine filed by defendant, with particular attention to working conditions and Andy Tau; Summarize deposition testimony of Ms. Kulwicki in relation to Andy Tau; Summarize deposition testimony of Joe Certo in relation to Andy Tau and Certo's 30(b)(6) investigation of whether other pharmacists had lost their key; Work on file. | 3.50 | $ 1,032.50 |
| 1/6/2015 | REF | Calendar for follow up | Review medical records in preparation for deposition of Dr. Howe; Review direct examination of Dr. Howe; Telephone conference with Atty. Irwin; Calendar for follow up. | 2.00 | $ 590.00 |
| 1/7/2016 | REF | Docket | Review issue regarding Motion In Limine filed by defendant relative to working conditions; Begin draft response; Docket. | 1.90 | $ 560.50 |
| 1/8/2016 | REF | Docket for follow up | Continue working on blow ups prepared by myself, including the emails, HRC interrogatories and USDC interrogatories and RFPs; Review and edit blow ups prepared by Atty. Irwin regarding decision maker chart, reason for termination chart and policies cited for termination chart; Docket for follow up. | 3.00 | $ 885.00 |
| 1/8/2016 | REF | Docket | Dictate letter to Atty. Kaczmarek with revised exhibit list; Telephone conference with Atty. Kaczmarek regarding witness list; Review defendant's exhibit list; Docket. | 1.10 | $ 324.50 |

| Date | | Activity | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/9/2016 | REF | Work on file | Review the video deposition of Heather McCaffrey and index where critical testimony appears; Incorporate critical testimony into opening statement; Incorporate critical testimony into the direct examinations of Certo and Kulwicki; Review video trial deposition of Andy Tau; Work on file. | 4.00 | $ 1,180.00 |
| 1/11/2016 | REF | Work on file | Telephone conference with Christina Corroll, R.Ph.; Telephone call to Linda Meditz, R.Ph.; Several emails with opposing counsel; Work on file. | 3.50 | $ 1,032.50 |
| | | | | **221.60** | $ 65,612.00 |