BILLING ENTRIES REGARDING DONNA HORN

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/2015 | VLR | Preparation of correspondence to Atty. Moore, Dr. Moore and Ms. Hone enclosing Acknowledgment and Agreement and Protective Order to sign and return. | 0.40 | $ 20.00 |
| 4/22/2015 | REF | Telephone conversation with Atty. Julie Moore; Dictate letter to Atty. Moore regarding protective order; Review protective order; Dictate letters to Dr. Moore and Ms. Horn with protective order acknowledgement to be signed and returned; Docket for follow up. | 1.70 | $ 501.50 |
| 4/29/2015 | REF | Dictate letter to Donna Horn enclosing disc with discovery materials; Negotiate retainer agreements; Conference with Ms. McPadden; Work on file. | 1.80 | $ 531.00 |
| 6/28/2015 | REF | Work with Donna Horn as supplemental expert. | 1.80 | $ 531.00 |
| 6/30/2015 | VLR | Preparation of Supplemental Expert Disclosure regarding Pharmacist Horn to Atty. Kaczmarek. | 0.50 | $ 25.00 |
| 6/30/2015 | REF | Telephone conversation with Atty. Kaczmarek regarding outstanding issues in case, including expert disclosure and production of documents; Telephone conversation with Pharmacist Horn; Dictate supplemental expert disclosure; Work on file. | 2.00 | $ 5.90 |
| 8/13/2015 | VLR | Preparation of correspondence to Donna Horn enclosing documentation relating to pharmacy keys and accuracy rate. | 0.30 | $ 15.00 |
| 8/13/2015 | REF | Dictate letter to Donna Horn enclosing documentation relating to pharmacy keys and pharmacy prescription accuracy rate; Review discovery documents regarding accuracy rate; Telephone conference with Ms. Horn to try and understand what this data is revealing; Work on file. | 2.80 | $ 826.00 |
| 9/8/2015 | REF | Telephone call with Donna Horn, R.Ph. Regarding information disclosed to date; Additional information needed; Likelihood of her availability to testify in this matter. | 1.70 | $ 501.50 |
| 11/3/2015 | REF | Review discovery materials regarding S3G; Review discovery materials regarding prescription dispensing accuracy reports; Prepare for a telephone conference with expert Donna Horn; Docket. | 2.80 | $ 826.00 |
| 11/4/2015 | REF | Telephone conference with expert Donna Horn; Telephone Conference with client; Docket for follow up. | 0.80 | $ 236.00 |

**Exhibit C**

**BILLING ENTRIES REGARDING DONNA HORN**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/23/2015 | REF | Telephone conference with Donna Horn regarding her expert report; Provide Ms. Horn with information requested; Docket for follow up. | 1.50 | $ 442.50 |
| 12/1/2015 | VLR | Preparation of correspondence to Atty. Kaczmarek enclosing Donna Horn's expert report; Preparation of correspondence to Atty. Kaczmarek regarding outstanding issues. | 0.40 | $ 20.00 |
| 12/1/2015 | REF | Telephone conference with Dona Horn, safety expert, regarding expert report; Dictate letter to Atty. Kaczmarek; Telephone conference with Atty. Kaczmarek; Docket for follow up. | 0.80 | $ 236.00 |
| 12/16/2015 | REF | Telephone conference call with Donna Horn; Review her report; Prepare for depositoin; Calendar. | 1.00 | $ 295.00 |
| 12/21/2015 | REF | Prepare for and participate in the deposition of Donna Horn. | 2.00 | $ 590.00 |
| | | | **22.30** | $ 5,602.40 |

<u>**Exhibit C**</u>