UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Maureen McPadden</u>,
      Plaintiff

      v.                          Case No. 14-cv-475-SM

<u>Wal-Mart Stores East, L.P.</u>,
      Defendant

**<u>AMENDED JUDGMENT</u>**

Judgment is hereby entered in accordance with the following:

1.  Notice of Voluntary Dismissal as to Count V dated June 4, 2015;

2.  Notice of Voluntary Dismissal as to Counts III (ADA only), IV, VIII, and IX dated October 7, 2015;

3.  Order by U.S. District Judge Steven J. McAuliffe dated November 3, 2015, granting in part Defendant's Motion for Summary Judgment;

4.  Special Jury Verdict returned on January 27, 2016, in favor of Plaintiff;

5.  Order by U.S. District Court Judge Steven J. McAuliffe dated September 16, 2016, granting in part and denying in part Defendant's post-trial motions; and

6.  Order by U.S. District Court Judge Steven J. McAuliffe dated January 5, 2017, denying Plaintiff's motion to reconsider, all as follows:

| | | |
|---|---|---|
| Back Pay: | $ | 164,093.00 |
| Front Pay: | $ | 111,591.00 |
| Compensatory Damages: | $ | 500,000.00 |
| Punitive Damages (Statutory Cap): | $ | 300,000.00* |
| Enhanced Compensatory Damages: | $ | 15,000,000.00* |

in the total amount of $16,075,684.00*, plus prejudgment interest pursuant to N.H. RSA 336:1, 524:1-a, 524:1-b and computed as directed in <u>Linteau v. Gauthier</u>, 142 N.H. 460 (1997) and <u>Nault v. N & L Development Co.</u>, 146 N.H. 35 (2001), plus post-judgment interest pursuant to 18 U.S.C. § 1961 as provided by law, and costs of the action, as appropriate.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: January 6, 2017

APPROVED AS TO FORM:

_____
Steven J. McAuliffe
United States District Judge

---

\* Subject to Defendant's pending motion for remittitur, as well as this court's certification of various questions of law to the New Hampshire Supreme Court.

2

```
cc:   Richard E. Fradette, Esq.
      Robert S. Mantell, Esq.
      Holly A. Stevens, Esq.
      Lauren S. Irwin, Esq.
      Joseph A. Lazazzero, Esq.
      Christopher B. Kaczmarek, Esq.
```